

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00446-CV

Paul **WILLIAMS** and SACC, Inc.,
Appellants

v.

Barbara **GRANT,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI09043
Honorable Aaron Haas, Judge Presiding

# O R D E R

The reporter's record was originally due by July 29, 2019. After several communications between this court, the court reporter, and appellants, on August 12, 2019, the court reporter filed a notice stating that neither her fee has been paid nor have arrangements been made to pay for the record.

It is therefore **ORDERED** that appellants provide written proof to this court **within ten (10) days of the date of this order** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than ten (10) days after the date appellants' written proof is filed with this court.

If appellants fail to respond within the time provided, appellants' brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court